# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case. No. 3:19-CR-02-CAR-CHW-6 |
| | : | |
| LETICIA CAMPOS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Leticia Campos pursuant to Federal Rule of Criminal Procedure 48(a). As good cause, the Government states that Defendant successfully completed pre-trial diversion.

The Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 314] and hereby **ORDERS** the pending Indictment in Case No. 3:19-CR-02-CAR-CHW-6 against Defendant Leticia Campos to be **DISMISSED**.

**SO ORDERED**, this 3rd day of July, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT